UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROY TEEPLES, an individual**, | Case No. 3:15-CV-02023-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **RCO LEGAL, P.C., a professional corporation**, | |
| Defendant. | |

Theodore J. Piteo
Attorney for Plaintiff
12909 SW 68th Pkwy, Ste. 160
Portland, OR 97223

    Attorney for Plaintiff

John Thomas
RCO Legal, P.S.
511 SW 10th Ave., Ste. 400
Portland, OR 97205

    Attorney for Defendant

Page 1 - JUDGMENT

KING, Judge:

BASED ON THE RECORD, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of February, 2016.

    /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT